UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RUBY RUSSELL,

        Plaintiff,

vs.

CITY OF RENO, STEVE WRIGHT,

        Defendants.

Case No. CV-N-04-679-LRH(RAM)

### STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE JOINT PRETRIAL ORDER

The parties stipulate and request that they be given until Friday, November 14, 2008 within which to file the Joint Pretrial Order. The parties have prepared a draft but have further discussions to hold before reaching agreement on some of the terms. The Order would be due October 31, so this agreement will result in a two-week extension.

Dated: October 30, 2008

Terri Keyser-Cooper, Esq.
100 North Arlington Avenue, #10F
Reno, Nevada 89501
(775) 337-0323

By: /s/ Terri Keyser-Cooper
Terri Keyser-Cooper, Esq.
Attorney for Plaintiff

Dated: October 30, 2008

Lemons, Grundy & Eisenberg
6005 Plumas Street, Suite 300
Reno, Nevada 89509
(775) 786-6868

By: /s/ David R. Grundy
David R. Grundy, Esq.
Attorney for Defendants

IT IS SO ORDERED this 31st day of October, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

LEMONS, GRUNDY & EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868